

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00344-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law No. 3 |
| ERNESTO SAENZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20100C03235) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand for cause for further proceedings, in accordance with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.